EXHIBIT A

**CHHC_Laura Brown, RN**

> I ask that you cease and desist speaking further about me negatively. I am protected under Law expect it to be upheld. I am protected from retaliation and under the whistle blower act! I will not tolerate bullying.
>
> 14:57

Friday, March 1

> I think yesterday's meeting went very

08:39          83%

**Tara Boggs**

11:12

Sorry I was in a meeting. Anytime tomorrow

11:41

Thank you

11:42

I ask that you cease and desist speaking further about me negatively. I am protected under Law expect it to be upheld. I am protected from retaliation and under

08:39

**Tara Boggs**

protected from retaliation and under the whistle blower act! I will discuss my concerns further tomorrow with you and Becky together. I will not tolerate bullying.

14:47

Friday, March 1

Would you and Becky be able to meet with Laura and I again next week....Thursday or Friday?

15:20