

EXHIBIT B

March 8, 2024

To whom it may concern:

This letter is to address several concerns that need immediate attention and subsequent addressed. Although these issues have been brought to management's attention, it has been met with disregard, lack of seriousness and retaliation to this writer.

On February 19, 2024, I messaged Maggie Chaffin, Administrator at the time to speak to her mom (Becky Young) co-owner, about some of the things I have observed while being there (referring to Community Home Health Care). (A copy of the message can be provided upon request) She responded by saying that would be fine.

On February 22, 2024, I met with Becky Young to discuss issues with the department and pros and cons of Maggie as the Administrator as well as the role the Administrator should have. The conversation was discussing issues I have observed such as the lack of structure in the department, staff performance evaluations, chart audits in preparation for CHAPS, ethical/moral concerns of non-RN staff using the RN login to document and wright orders in her name, doing what is best for the business, the need to restructure and develop a solid foundation. We also discuss the concerns of Maggie leaving disgruntled and that they (Beck and Tara) should talk to her so that she doesn't leave without sharing her knowledge of the business. Beck also discussed some concerns with billing that needed addressed, such as billing on patients before the necessary information/documentation was completed. We also discussed how a select few staff would intimidate other staff when they don't see eye-to-eye. Becky and I both have observed texting between Tara, Sara and Becky E. when Maggie would report to work, make it obvious of their dislike for her. Becky was also concerned about what the other office staff would say about our meeting we were have at that time. This writer has heard from all three, of their lack of respect and the gossiping between them concerning Maggie. They have also read text and Facebook post to me about Maggie, all in a negative manner. Our meeting ended with Becky Young and I agreeing that things should change and they should talk to Maggie about her departure from the business.

The next day, February 23, 2024, I met with Tara Boggs with basically the same discussion as with Becky Young, only I did not mention bullying in the work place noted above as I felt it would have been counter productive at that time. Our conservation was mainly me discussing issues I have observed such as the lack of structure in the department, staff performance evaluations, chart audits in preparation for CHAPS, ethical/moral concerns of non-RN staff using the RN login to document and wright orders in her name, doing what is best for the business, the need to restructure and develop a solid foundation. We also discuss the concerns of Maggie leaving disgruntled and without sharing her knowledge of the business. She agreed, but did not elaborate on her feeling concerning Maggie. It was clear with her lake of discussion; she was not interested in resolving any of these issues.

On Tuesday February 27, 2024, I received a test message from Tara obviously upset due to the content of the message. She stated she was confused because I told Becky, "How great Maggie is" and that I was "begging her to stay". I replied by telling her I did know what was going on there and we can discuss it when I work again.

On Wednesday February 28, 2024, I received a message for Maggie, Administrator to say that Laura, Tara and Becky were meeting and that it was mentioned I "done nothing but talked bad about me", referring

to Maggie. I replied to her that I needed to meet with them soon and they need to stop speaking negatively about me. I informed her that I'm not on anyone's side and only want what is right. And that I am protected from retaliation and bullying. I also sent Laura Brown and Tara Boggs and cease and desist message, but neither replied although both have established this as an acceptable form of communication as they have tested me in the past. I did not message Becky Young as I did not have her contact information. I informed Tara at that time I wound meet with them tomorrow to discuss my concerns and that I will not tolerate bullying. Again, she did not reply to my text.

It was very obvious the next day when I went in to work the demeaner of the staff has changed. They began ignoring me with very little conversation with me as they had in the past. Knowing how Tara, Becky E. and Sara messaged about Maggie, it was clear I was on their list to bully. The three of them would go off to the side, just where I can see and hear to talk. Exaggerating their conversation to be loud with excessive laughter in an obvious attempt to show their unity to one another.

On Thursday February 29, 2024, there was a meeting between myself, Laura Brown, Tara Boggs and Becky Young. The meeting was to discuss the above miscommunication. Personal issues were discussed concerning both Tara's sister Becky E. and Becky's daughter Maggie. We also revisited all the issues that was discussed between myself and both Tara and Becky. We discussed how Sara cannot document under Tonya name (one of the LPN's at the time) just to get her caught up with her work. And how billing was not being submitted correctly. We discussed how thing have been done in the past must be changed immediately. Although everyone agreed, not one manager spoke of a solution or plan to make the necessary changes needed. The meeting ended with everyone just agreeing that things have been preformed wrong and that they need to change. I was pleased that we could talk, but I was not satisfied that these issues were taken seriously. This fact that fraud has been committed (by staff members using the license of the RN by multiple other staff to document and write orders) did not phase management to take immediate action to include further investigation and discipline is evident they want to brush this under the rug.

Because I was not satisfied that the issues are being addressed, I notified Laura Brown, on Friday March 1, 2024, that I would be talking to Sara specifically about using her login and others. I asked if she would like to be there when I spoke with her and she replied, yes. Laura and I spoke with Sara later that day concerning these issues and although she tried to justify her reasoning, she was instructed that it was still wrong and it cannot happen again. It was clear again that this went straight to Tara and Becky E. as the three of them huddled together and started exaggerating their conversation to be loud with excessive laughter in an obvious attempt to show their unity to one another again.

On March 4, 2024, Sara questioned me about my time sheet on a certain day and I replied what the time was and that I received permission to chart at home. She replied, "I just couldn't read the time". Although it was clear as the other times I wrote, I accepted her response and let it be. Later that day she asked if she could call me and I said that was fine. She called and wanted to update a client's 485 as the medications were duplicating and I needed to delete the duplicates. She goes on to say sarcastically "I can't do that anymore or normally I would have taken care of it". I told her that was fine and that I would take care of it the next day I work.

On March 6, 2024, Sara messaged me again saying that when I opened up the client's record, I needed to fix the HHA hours.

These messages could have been addressed when I returned to work, but I feel they were intended to show authority over me and harass me because I spoke of her misconduct. That was clean when I replied to her that all of a sudden, I'm messing up and she did not address my comment. I had to message her again to say that my son is sick and that he tested positive for COVID and that I would need to stay home with him tomorrow. Her reply to me was "ok, will you be here Friday?" How insensitive to ask that when you have a sick child. COVID is unpredictable and people respond diffidently, especially kids. Sara, being an LPN and has delt with COVID, should know that. This was another example of how she could not put her feeling aside, even for a sick child. The total disregard for an employee's child's health is unexpectable, but has obviously been condoned for some time as she has spoke to other staff in the same manner.

Laster that night I spoke with Becky Young concerning to retaliation, intimidation and isolation the three staff are creating. She agreed that this has happened in the past and needs to stop. I informed Becky that it seems like they are trying to get me to quite by trying to make the work place unpleasant. I went on to say that they are more about getting revenge on me than fixing the problem and addressing the true issues. I feel that I should go outside the department to have my issues addressed as there has been no progress or attempts to change to date. I informed her that I would give her until next week (the week of March 14th) to come up with a reasonable plan of action to correct and address the problem. She agreed.

Today, March 8, 2024, when I went into work my office/work area was moved without my knowledge. My computer was placed in another area on a desk and just left there. There was no connection or setup, just set on the desk for me to fix when I got there. I do have pictures of how it was left for me to address and can be available upon request. This is another attempt to retaliate against me and causing undue stress and anxiety for me in the work place. I truly feel bullied and retaliated against for no reason at all. I have been professional, courteous and helpful to all staff members. I only gave my opinion and voiced some ethical issues and now I truly feel harassed by other staff. I spoke with Laura Brown, Administrator concerning these issues and she granted me 8 hours administrative leave so that she can address these concerns. I informed her that I would give her today to let me know or I will be forced to take further action.

Please noted, I have several documentations to support my statement and can be available upon request.

Respectfully

Brain Baier, RN