
EXHIBIT C

March 9, 2024

To whom it may concern:

The seriousness of these issues should not be taken lightly and firm action should be taken to ensure this does not occur in the future. Just to emphasize, the issues I am referring to can be classified as criminal in nature and if not addressed appropriately must be forwarded to those who can.

Although there are many issues that need addressed, the following are immediate action/corrections that need to occur.

- Formal discipline to those involved in criminal activity (false documentation, defrauding the government by charging for services that was not rendered by an RN, Impersonating an RN, knowingly allowing someone else to use one's name and credentials to document and write orders for patients.
    - With my limited investigation, I have identified Becky Estep, Sara Friddle and Laura Brown.
    - Further investigations are encouraged to ensure compliance for the future.
- I would question Laura's position as Administrator, but Sara Friddle should not continue as DON. By allowing her to remain as DON you are condoning her behavior and, therefore are just as guilty as her. Sara has abused her position as DON by convince others to allow her access to their login information to document on patients under their name and credentials. This has occurred many times with two of her staff that we have identified and there could possibility be more.
- Computer security needs revised to limit staff access. Staff should feel at ease that their information is being protected.
- Billing should be done correctly and by select staff to ensure compliance. Are people trained for this? Is there training?
- Ensure staff are free from intimidation and retaliation.
    - For example: When I went to work Friday March 8th, I noticed my work area was moved without my knowledge and just placed on the desk without connecting/setting up my computer. I questioned this with Laura, Administrator and Sara, DON felt she needed to call Tara, co-owner to the area. I could only deduce this as to display a show of force and to intimidate me to remain silent. I had no representation at all and again felt bullied.
        - Before counselling or discipline non-management staff, I would like to be identified as a staff representative if they wish to have someone with them during this time. No one should ever be subjected to what I have had to endure by management.
        - Everyone (especially management) should take a course in work place harassment and bulling. There should be zero tolerance for this behavior.
- Governing Body should be conducted by a multidisciplinary team of staff to ensure we remain compliant. Transparency will make it difficult to make the same mistake as in the past.

***** We can meet on Thursday March 14th to discuss the above resolution. ** ***