

EXHIBIT D

08:31

**Me**
08:43, Mar 9

**(No subject)**

I am sending this text to Laura, Tara and Becky.....
Each of you have had time to review the letter of concern I have sent you yesterday to your work email. I have not received any response as of yet. Please provide me some reasonable response to either correct or make plans to correct the issue identified. I will give you until 3 pm on Monday and if I have not received anything from you, I will assume you have no plans to resolve these issues and I will move to the next step....CHAPS, Ohio Board of Nursing and EEO.

I do not feel comfortable reporting to work given how things have escalated and will need some reassurances that the harassment and retaliation has stopped.

Please respond ASAP!



Copy text    Share    More