**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| BRIAN BAIER, | ) | Case No. 1:24-cv-276 |
| | ) | |
| Plaintiff, | ) | Judge Hopkins |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNITY HOME HEALTH CARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

---

**STIPULATION TO MOVE OR PLEAD**

Pursuant to S.D. Ohio Civ. R. 6.1(a), Plaintiff Brian Baier and Defendant Community Home Health Care, Inc. hereby stipulate to an extension of seven (7) days for Defendant to move or plead in response to Plaintiff's Amended Complaint. There have been no prior stipulated extensions for Defendant with respect to the Amended Complaint. Pursuant to this stipulation, Defendant will move or plead on or before September 16, 2024.

Respectfully Submitted,

| | |
|---|---|
| _____/s/ Patrick M. Quinn_____ | _____/s/ Stephen E. Imm_____ |
| Rick L. Brunner          (0012998) | Stephen E. Imm                    (0040068) |
| Patrick M. Quinn        (0081692) | FINNEY LAW FIRM, LLC |
| BRUNNER QUINN | 4270 Ivy Pointe Blvd., Suite 225 |
| 5001 Horizons Drive, Suite 209 | Cincinnati, Ohio 45245 |
| Columbus, Ohio 43220 | Telephone:    (513) 943-5678 |
| Telephone:    (614) 241-5550 | Facsimile:    (513) 943-6669 |
| Facsimile:    (614) 241-5551 | Email: stephen@finneylawfirm.com |
| Email: rlb@brunnerlaw.com | *Attorney for Plaintiff Brian Baier* |
| pmq@brunnerlaw.com | |
| *Attorneys for Defendant Community Home Health Care, Inc.* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of September, 2024, a copy of the foregoing was filed with the Court's CM/ECF system which will send notice of the same to all registered users of that system, including the following:

Stephen E. Imm
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
Email: stephen@finneylawfirm.com

                                                  /s/ Patrick M. Quinn

                                    Rick L. Brunner     (0012998)

                                    Patrick M. Quinn   (0081692)