## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BRAIN BAIER,                          :
                                      :
        *Plaintiff,*                  :     Case No. 1:25-cv-00276
                                      :
vs.                                   :     Judge Jeffery P. Hopkins
                                      :
COMMUNITY HOME HEALTH                 :
CARE, INC.,                           :
                                      :
        *Defendant.*                  :

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**              This action came before the Court for a trial by jury.
                                 The issues have been tried and the jury has rendered its
                                 verdict.

☐ **Decision by Court.**         This action came to trial or hearing before the Court.
                                 The issues have been tried or heard and a decision has
                                 been rendered.

☒ **Decision by Court.**         This action was decided by the Court without a trial or
                                 hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the August 22, 2025 Order, the Court **GRANTS** Defendant's Motion to Dismiss. Doc. 8. The claim for retaliation under the False Claims Act, 31 U.S.C. § 3730, *et seq.*, (Count I) is **DISMISSED WITH PREJUDICE**. The pendant state law claims (Counts II, III, and IV) are **DISMISSED WITHOUT PREJUDICE** to being filed in state court. The Clerk is **DIRECTED** to enter judgment accordingly and **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Western Division.

Dated:  August 22, 2025            Richard W. Nagel, Clerk of Court
                                   By: */s Karli Colyer*
                                   Deputy Clerk